IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 07-354 |
| | ) |
| TIMOTHY MURPHY | ) |

ORDER

AND now this 3rd day of March, 2008, upon Motion of the United States for an order authorizing the Westmoreland County Sheriff's Department to take custody of the defendant for the purposes of transporting him to Judge John E. Blahovec's court in connection with state charges, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**. The Westmoreland County Sheriff's Department is authorized to take custody of the defendant on March 5, 2008, for purposes of transporting him to Judge John E. Blahovec's court in Westmoreland County, PA, for a pretrial conference. It is further **ORDERED** that the Westmoreland County Sheriff's Office is to return the defendant to the Westmoreland County Jail that same day, that is March 5, 2008.

GARY L. LANCASTER
United States District Court Judge

cc: AUSA Soo C. Song
Jay Finkelstein, Esq
U.S. Marshals