IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 07-354 |
| | ) |
| TIMOTHY MURPHY | ) |

## ORDER

AND now this 29th day of Jan, 2009, upon Motion of the United States for an order authorizing the Westmoreland County Sheriff's Department to take custody of the defendant for the purposes of transporting him to Judge Richard E. McCormick's court in connection with state charges, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**. The Westmoreland County Sheriff's Department is authorized to take custody of the defendant on February 18, 2009, for purposes of transporting him to Judge McCormick's court in Westmoreland County, PA, for a pretrial hearing. It is further **ORDERED** that the Westmoreland County Sheriff's Office is to return the defendant to the Westmoreland County Jail that same day, that is February 18, 2009.

GARY L. LANCASTER
United States District Court Judge

cc: AUSA Soo C. Song
    Jay Finkelstein, Esq
    U.S. Marshals