IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 07-354 |
| | ) |
| TIMOTHY MURPHY | ) |

ORDER

AND now this 6th day of March, 2009, upon Motion of the United States for an order authorizing the Westmoreland County Sheriff's Department to take custody of the defendant for the purposes of transporting him to the Westmoreland County courthouse in connection with state charges, the defendant's ~~objection~~, and with good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**.

The Westmoreland County Sheriff's Department is authorized to take custody of the defendant on March 9, 2009, for purposes of transporting him to trial court in Westmoreland County, PA, for state trial proceedings. It is further **ORDERED** that the Westmoreland County Sheriff's Office is to return the defendant to the Allegheny County Jail immediately upon conclusion of the trial proceedings.

GARY L. LANCASTER
United States District Court Judge

cc: AUSA Soo C. Song
    Jay Finkelstein, Esq
    U.S. Marshals