IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 07-354 |
| | ) |
| TIMOTHY JOHN MURPHY | ) |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2009, upon consideration of the Motion to Reconsider the Court's Granting the Government's Motion to Release Defendant to Temporary Custody of the Commonwealth of Pennsylvania, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. IT IS FURTHER ORDERED that:

_____
Gary L. Lancaster
United States District Judge

AND NOW, THIS 28th DAY OF SEPT 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE