```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
     v.                      ) Criminal No. 07-354
                             )
TIMOTHY JOHN MURPHY,         )
     Defendant.              )
```

## ORDER

AND NOW, this 20th day of November, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 15, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, December 10, 2009 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

```
                         BY THE COURT:


                         s/Gary L. Lancaster        ,J.
                         The Honorable Gary L. Lancaster,
                         Chief United States District Judge

cc:  Soo C. Song,
     Assistant United States Attorney

     Jay J. Finkelstein,
     Assistant Federal Public Defender

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation
```