IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 07-354 |
| | ) |
| TIMOTHY JOHN MURPHY | ) |
| | ) |

## ORDER

AND NOW, this 3rd day of May, 2010, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation be, and hereby is, approved, the specific terms of which are incorporated by reference into this Order.

It is FURTHER ORDERED that Timothy John Murphy's interest in the Toshiba Model 550 CDT, serial number 78033472, and Fujitsu Model MHT2040AH, serial number NPO2TSA22EE2V (the Subject Property) be, and hereby is, forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3).

It is FURTHER ORDERED that the forfeiture of the Subject Property is made part of his criminal judgment and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

_____ J.