IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-354 |
| | ) | |
| TIMOTHY MURPHY | ) | |
| | ) | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 28th day of July, 2010, it is hereby ORDERED, ADJUDGED and DECREED that the Toshiba Model 550 CDT, serial number 78033472, and Fujitsu Model MHT2040AH, serial number NPO2TSA22EE2V, is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3), for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Timothy Murphy.

_____
United States District Court